1    Floyd W. Bybee, #012651
     **BYBEE LAW CENTER, PLC**
2    90 S. Kyrene Rd., Ste. 5
     Chandler, AZ 85226-4687
3    Office: (480) 756-8822
     Fax: (480) 302-4186
4    floyd@bybeelaw.com

5    Attorney for Plaintiff

6

7                 **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF ARIZONA**

9

10   Paul Queenan,                    )        No. CV15-1860-PHX-SPL
                                       )
11                                     )
                                       )
12          Plaintiff,                 )
                                       )
13   v.                                )        **NOTICE OF DISMISSAL**
                                       )        **WITH PREJUDICE**
14   Cavalry SPV I, LLC,               )
                                       )
15                                     )
                                       )
16          Defendant.                 )
                                       )
17                                     )

18          Plaintiff, by and through counsel, hereby gives notice of dismissal of this

19   case in its entirety against all parties with prejudice, with each party to bear its

20   own attorney's fees and costs.

21   / / /

22   / / /

23

24

25

1

2          RESPECTFULLY SUBMITTED:   November 19, 2015   .

3

4                                          s/ Floyd W. Bybee
                                       Floyd W. Bybee, #012651
5                                      **BYBEE LAW CENTER, PLC**
                                       90 S. Kyrene Rd., Ste. 5
6                                      Chandler, AZ 85226-4687
                                       Office: (480) 756-8822
7                                      Fax: (480) 302-4186
                                       floyd@bybeelaw.com
8
                                       Attorney for Plaintiff
9

10   Copy of the foregoing mailed
       November 19, 2015   to:
11
     Nelson Ewing
12   Ewing & Ewing Attorneys, P.C.
     4050 E. Cotton Center Blvd. Ste. 18
13   Phoenix, AZ 85040-8862
     Attorney for Defendant
14

15   by   Floyd W. Bybee

16

17

18

19

20

21

22

23

24

25